UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

KARLA WYSS,                              )
                                         )
              Plaintiff,                 )
                                         )
       v.                                )
                                         )        CASE NO.: _____
PETSMART, INC.                           )
       Defendant.                        )
                                         )

## NOTICE OF REMOVAL

Petsmart, Inc. ("Petsmart"), Defendant in the above-styled case, files this Notice of Removal of the civil action filed against it by Karla Wyss ("Plaintiff"), to the United States District Court for the Northern District of Indiana, Fort Wayne Division, pursuant to the provisions of 28 U.S.C. §§ 1331, 1367, 1441, and 1446 *et seq*., on the basis of the following facts, which demonstrate the existence of subject matter jurisdiction in this Court:

1.     On September 29, 2015, Plaintiff commenced a civil action against Petsmart, in the Allen County Superior Court, Allen County, Indiana which was assigned Cause No. 02D01-1509-CT-000404 ("State Court Action").  On November 12, 2015, Petsmart was served, through its counsel, with a copy of Plaintiff's Original Complaint ("Complaint"), attached hereto and marked as Exhibit A.

2.     This Notice of Removal is filed within thirty (30) days of the first date of service of a copy of the Complaint and Summons on Defendant, and thus, is timely filed pursuant to 28 U.S.C. § 1446(b).

3.      Other than Plaintiff's Complaint, no other pleadings have been filed in the state court action.

4.      For the reasons described below, this Court has jurisdiction over the state court action pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges a cause of action under the laws of the United States, 29 U.S.C. § 621, *et seq.* (Pl.'s Compl. ¶2)

5.      Specifically, Plaintiff alleges "the proferred reason for termination, that the Plaintiff had allegedly violated the employer's "Dignity in the Work Place" rule, was false and pretextual and that in reality the Defendant discriminated against and terminated the Plaintiff on the basis of her age (over 40), in violation of the Plaintiff's federally protected right under the ADEA."  (Pl.'s Compl. ¶7)

6.      In addition and alternatively, this Court would have supplemental jurisdiction of Plaintiff's claims, if any, that are not alleged pursuant to the laws of the United States, pursuant to 28 U.S.C. § 1367, because such claims are so related to claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

7.      Plaintiff asserted no non-removable causes of action.

8.      Allen County, Indiana, is located within the Fort Wayne Division of the Northern District of Indiana.   Under 28 U.S.C. § 1441(a), and 28 U.S.C. § 1446(a), the United States District Court for the Northern District of Indiana is the appropriate court for removing an action from the Allen County Superior Court, Allen County, Indiana, where this action was commenced.

9.      Pursuant to 28 U.S.C. § 1446(a), this notice of removal is accompanied by copies of all documents served upon defendant in the state court action.  (Exhibit A).

10.     Plaintiff demanded a jury in the state court action.

11.     Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly give written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice with the Clerk of Allen County Superior Court.

WHEREFORE, Defendant Petsmart, Inc. files this Notice of Removal so that the entire State Court Action under Cause Number 02D01-1509-CT-000404, now pending in Allen County Superior Court, shall be removed to this Court for all further proceedings.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  s/ John K. Henning
    John K. Henning, Attorney No. 25203-49
    Matthew J. Kelley, Attorney No. 27902-53
    111 Monument Circle, Suite 4600
    Indianapolis, Indiana  46204
    Telephone:  (317) 916-1300
    Facsimile:  (317) 916-9076
    *john.henning@ogletreedeakins.com*
    *matthew.kelley@ogletreedeakins.com*

    Attorney for Petsmart, Inc.

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of November, 2015, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy of the foregoing was also mailed on November 23, 2015, by United States First-Class Mail, postage prepaid, addressed to:

Ilene M. Smith
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802


s/ John K. Henning
John K. Henning

22566623.1