| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) | |
| COUNTY OF ALLEN | ) | CAUSE NO. 02D01-15 09-CT-000404 |

| | |
|---|---|
| KARLA WYSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PETSMART, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW Plaintiff, by counsel, and alleges against the Defendant as follows:

1. The Plaintiff is Karla Wyss, a resident of Allen County, Fort Wayne, Indiana at all material times to this Complaint.

2. The Defendant is PetSmart, Inc., d/b/a PetSmart a company doing business at 10035 Lima Rd, Indiana 46818. At all material times to this Complaint the Defendant was an "employer" for the purposes of the Age Discrimination employment in Employment Act of 1967, 29 U.S.C § 621 et seq. ("ADEA").

3. The Plaintiff filed a Charge of Discrimination on December 19, 2014, EEOC #24F-2015-00212, a copy of which is attached hereto, incorporated herein, and made apart hereof as Exhibit "A". The Defendant issued a Dismissal and Notice of Rights/Notice of Suit Rights on July 15, 2015, a copy of which is attached hereto and made a part hereof as Exhibit "B". All administrative remedies have exhausted and all jurisdictional prerequisites have been met for the filing of this lawsuit.

4. The Plaintiff was employed by the Defendant from September 2009 until her

wrongful termination on or about November 20, 2014. The Plaintiff had been a hardworking and loyal employee, and had performed within the reasonable expectations of the employer at all material times to this Complaint.

5. In May of 2014, the Plaintiff began working under a new manager, and shortly thereafter problems began. The new manager told the Plaintiff she wanted a "younger group" of employees at the store the Plaintiff worked at, and targeted the Plaintiff who was over 50 with animosity, while displaying no animosity to the employees under the age of 40.

6. The Defendant's new manager also subjected the Plaintiff to unjustified discipline. The Defendant's supervisor claimed that Plaintiff had violated the Defendant's rules by allegedly telling one co-worker that his fish smelled, another coworker that a dog he had should be trained, and by allegedly referring to third coworker as a "cute little thing". The Defendant later cited this as the basis later for terminating the Plaintiff, for supposedly violating Defendant's "Dignity in the Work Place" rule. Following the Plaintiffs termination she was replaced by an individual in their twenties.

7. The Plaintiff contends that the proffered reason for termination, that the Plaintiff had allegedly violated the employer's "Dignity in the Work Place" rule, was false and pretextual and that in reality the Defendant discriminated against and terminated the Plaintiff on the basis of her age (over 40), in violation of the Plaintiff's federally protected rights under the ADEA. In support thereof the Plaintiff notes:

   a. She performed within the reasonable expectations of the employer having received a promotion in the two years leading up to termination, and a positive performance review leading up to the termination. In addition she was informed on November 17, 2014, that she had been doing a good job;

   b. The Defendant failed to follow its progressive discipline policy when disciplining and terminating the Plaintiff;

   c. The supposed grounds upon which the Defendant based the termination decision were so contrived and unbelievable as to be mendacious and clearly pretextual;

   d. Prior to the Plaintiff's termination, a member of the Defendant's management told the Plaintiff that they wanted a "younger group of employees" at the store.

   e. The Plaintiff was replaced by an employee significantly younger than herself, who was in their twenties;

   f. Near the time the Plaintiff was terminated, the Defendant also terminated a manager that like the Plaintiff was over 40, reflecting that Defendant was targeting older employees for termination;

8. The Defendant's discriminatory and unlawful conduct was the direct and proximate cause of the Plaintiff's suffering the loss of her job and job related benefits including income.

9. The Defendant's unlawful and discriminatory conduct was intentional, knowing, willful, wanton, and in reckless disregard of the Plaintiff's federally protected

rights under the ADEA, justifying an imposition of liquidated damages.

WHEREFORE, Plaintiff respectfully requests judgment against the Defendant for compensatory damages, liquidated damages, reasonable attorneys' fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

CHRISTOPHER C. MYERS & ASSOCIATES

Ilene M. Smith, #22818-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:    (260) 424-0712
E-mail:        ismith@myers-law.com
Attorney for Plaintiff

IMS/jdg
S:\Wyss, Karla v PETSMART\Complaint-draft 9 21 15 docx

4